UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD PEREZ,

    Plaintiff,

    v.

PHARMACA INTEGRATIVE PHARMACY, INC.,

    Defendant.

Case No. 15-cv-01982-TEH

**ORDER TERMINATING MOTION TO DISMISS AS MOOT AND VACATING HEARING**

Based on the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated: 07/28/15      _____
THELTON E. HENDERSON
United States District Judge