Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
RONALD PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD PEREZ,**<br><br>           **Plaintiff,**<br><br>   **vs.**<br><br>**PHARMACA INTEGRATIVE PHARMACY, INC.,**<br><br>           **Defendant.** | **Case No.: 3:15-CV-01982-TEH**<br><br>**JOINT REQUEST FOR DISMISSAL** |

      Plaintiff RONALD PEREZ and Defendant PHARMACA INTEGRATIVE PHARMACY, INC. (hereafter the Parties) by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter, with prejudice.

//

//

Respectfully Submitted,

Dated: November 4, 2015                     VENARDI ZURADA LLP


                                                    /s/ Mark L. Venardi
                                                    MARK L. VENARDI
                                                    MARTIN ZURADA
                                                    Attorneys for Plaintiff
                                                    RONALD PEREZ


Dated: November 5, 2015                     LITTLER MENDELSON


                                                    /s/ Theodora R. Lee
                                                    THEODORA R. LEE
                                                    JOHN S. HONG
                                                    LITTLER MENDELSON, P.C.
                                                    Attorneys for Defendant
                                                    PHARMACA INTEGRATIVE PHARMACY, INC.



IT IS SO ORDERED
11/10/2015
Judge Thelton E. Henderson